# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES ALBERT HODGE, JR.**                                                     **PLAINTIFF**

**v.**                     **Case No. 4:18-cv-00814-KGB**

**TWIN CITY TRANSPORTATION, INC.,** *et al.*                     **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that judgment is entered in favor of defendants Twin City Transportation, Inc. and Bruce Stewart on plaintiff James Albert Hodge, Jr.'s claims. Mr. Hodge's claims are dismissed with prejudice; the relief requested is denied.

So adjudged this 7th day of April, 2020.

                                                                             Kristine G. Baker
                                                                              United States District Judge